IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02245-CMA-KLM

FURNITURE ROW EXPRESS, LLC,

    Plaintiff,

v.

FRITO LAY, INC., and,
R&G POTATO CO., INC doing business as R&G Farms,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement and Unopposed Motion to Stay All Deadlines** [#15][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for December 16, 2013 at 10:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **December 30, 2013**.

    IT IS FURTHER **ORDERED** that Defendants' deadline to respond to the Complaint [#1] is extended to **December 30, 2013**.

    IT IS FURTHER **ORDERED** that to the extent the Motion [#15] requests a stay of the case, the Motion [#15] is **DENIED**.

    Dated:  November 19, 2013

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.